E-FILED

Monday, 12 February, 2007  03:50:50 PM

Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

FEB 0 9 2007

**JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY ) OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MARY B. DEMASCAL and JOSEPH M. ) DEMASCAL, ) ) Defendants. ) | Case No. _____ 07-3047 |

## COMPLAINT FOR INTERPLEADER RELIEF

Plaintiff/Stakeholder The Prudential Insurance Company of America ("Prudential"), by

its undersigned attorneys, for its Complaint for Interpleader Relief pursuant to Rule 22 of the

Federal Rules of Civil Procedure against Defendants/Claimants Mary B. Demascal and  Joseph

M. Demascal, states as follows:

### PARTIES

1.      Prudential is an insurance company incorporated under the laws of New Jersey

with its principal place of business in Newark, New Jersey.

2.      Defendant Mary B. Demascal is a citizen of the State of Illinois and, upon

information and belief, resides in Shelbyville, County of Shelby, Illinois.

3.      Defendant Joseph M. Demascal is a citizen of the State of Louisiana and, upon

information and belief, resides in Bossier City, County of Bossier, Louisiana.

4.      Upon information and belief, at the time of his death, Joseph E. Demascal, was a

citizen of the State of Illinois and resided in Assumption, County of Christian, Illinois.

## JURISDICTION AND VENUE

5.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.      Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1391 and 1397 because a substantial part of the events or omissions giving rise to the claim set forth herein occurred in this jurisdiction and one or more of the claimants reside in this jurisdiction.

## FACTUAL BACKGROUND

7.      Joseph E. Demascal, deceased, was the father of Joseph M. Demascal and the husband of Mary B. Demascal.

8.      Prior to his death, Joseph E. Demascal, deceased, was insured under 3 life insurance policies issued to him by Prudential: (a) Policy 36 919 084, which had a total death benefit of $23,980.54 as of June 24, 2006 ("Policy 36"); (b) Policy 46 019 383, which had a total death benefit of $3,834.83 as of June 24, 2006 ("Policy 46"); and (c) Policy 76 407 235, which had a total death benefit of $53,670.33 as of June 24, 2006 ("Policy 76") (collectively "Policies").

9.      Prior to June 14, 2006, Mary B. Demascal was the named primary beneficiary of each of the Policies.

10.     On or before June 13, 2006, Prudential received a Change of Beneficiary on Life Insurance Policies form dated June 7, 2006, bearing the signature of Joseph E. Demascal, which sought to change the primary beneficiary for each of the Policies to Joseph M. Demascal ("Change of Beneficiary form").  A true and correct copy of the Change of Beneficiary form is attached as **Exhibit 1**.

2

11.    By letter dated June 13, 2006, Prudential wrote to Joseph E. Demascal concerning the Change of Beneficiary form, advising that:

> I am writing to advise you that your recent request to change your policies cannot be completed in its entirety.
>
> The change on the policy number 46 017 383 [*sic*] has been completed.  A confirmation reflecting this change is enclosed and should be kept with your life insurance documents.
>
> However, we were unable to complete the change requested for policy numbers 36 919 084 and 76 407 235 because the policy numbers listed on the form were inserted without being initialed. If a change of beneficiary is desired, please complete the sections of the enclosed form that apply to your situation....

A true and correct copy of that June 13, 2006 letter with enclosures is attached as **Exhibit 2**.

12.    With its June 13, 2006 letter to Joseph E. Demascal, Prudential enclosed a partially completed Request to Change Beneficiary on Life Insurance Policies for Policy 36 and Policy 76. *Id.*

13.    With its June 13, 2006 letter to Joseph E. Demascal, Prudential enclosed a Beneficiary Arrangements form dated June 14, 2006, reflecting the change of beneficiary to "Joseph M. Demascal, son" on Policy 46. *Id.*

14.    Upon information and belief, Joseph E. Demascal died on June 24, 2006.

15.    On or about June 27, 2006, Prudential was notified of the death of Joseph E. Demascal by a telephone call from Elizabeth Evaschuk.

16.    By letter dated June 28, 2006 to Joseph M. Demascal, a true and correct copy of which is attached as **Exhibit 3**, Prudential confirmed Elizabeth Evaschuk had notified Prudential of the death of Joseph E. Demascal, enclosed a Life Insurance Death Benefits Claim form, and requested Joseph M. Demascal return a completed and signed claim form, an original death certificate for Joseph E. Demascal, and the Policies, if available.

17.    On or about July 14, 2006, Prudential received a Life Insurance Death Benefits Claim form dated July 10, 2006 in which Joseph M. Demascal made a claim to the death benefits under the Policies ("Claim form") and a death certificate for Joseph E. Demascal.  True and correct copies of that Claim form and death certificate are attached as **Exhibit 4** and **Exhibit 5**, respectively.

18.    By letter dated July 14, 2006, Daniel M. Franklin, as attorney for Mary B. Demascal, wrote to Prudential and advised that:

> It is my understanding that my client, Mary B. Demascal, was originally the primary beneficiary on the above-mentioned policies.  As the time of Joseph E. Demascal's death, he was married to my client.    My client has received conflicting information from Prudential Financial in regard to who is named as primary beneficiaries on the above-mentioned policies.
>
> I am concerned that Joseph M. Demascal was inappropriately named as primary beneficiary of said policy [*sic*] before Joseph E. Demascal's death.  Please inform my client, Mary B. Demascal, as to when and how Joseph M. Demascal because primary beneficiary on any of the above-mentioned policies.

A true and correct copy of that July 14, 2006 letter is attached as **Exhibit 6**.

19.    On or about July 20, 2006, Prudential paid $3,834.83 to Joseph M. Demascal as primary beneficiary of Policy 46.

20.    By facsimile dated August 7, 2006, Joseph M. Demascal wrote to Prudential and advised: "I am disputing the claim of beneficiary on Policy # 76-407-235 [and] 36-919-084[.] My dad had changed beneficiary prior to his passing on June 24, 2006.... I need something in writing on this matter."  A true and correct copy of that August 7, 2006 facsimile is attached as **Exhibit 7**.

21.    By facsimile dated August 8, 2006, Joseph M. Demascal again wrote to Prudential and advised, among other things, that:

4

> My Father was in a bitter divorce battle which began shortly after he became ill. At the advice of his divorce attorney, he changed the beneficiaries on his life insurance policies from his hospital and/or nursing home during his final days. He never saw any type of letter stating that there was any problem with the beneficiary change form. The form advised to add all policies on the same form if the same change was being made to all three. The changes were witnessed by his 2 older sisters and they were aware of his wishes.

A true and correct copy of that August 8, 2006 facsimile is attached as **Exhibit 8**.

22.     By letter dated August 16, 2006, Prudential wrote to Attorney Franklin in response to the concerns he had raised about the beneficiary on the Policies. A true and correct copy of that August 16, 2006 letter is attached as **Exhibit 9**. Among other things, Prudential advised:

> Our records indicate Mary B. Demascal was the original beneficiary on all three policies. The Insured executed a beneficiary change form for these policies on June 7, 2006, removing Mary as beneficiary and naming Joseph M. Demascal. A copy is enclosed along with a copy of our response.
>
> Since policy numbers 36 919 084 and 76 407 235 were added to the pre-printed Request to Change Beneficiary, but those additions were not initialed, the beneficiary was only changed on policy 46 019 383 and Mary remains beneficiary on 36 919 084 and 76 407 235. However, Joseph M. Demascal has made claim based on the June 7, 2006 Beneficiary Change Request. His claim under policy 46 019 383 was processed July 19, 2006, before Claim [Department] was aware of your letter.
>
> If Mary B. Demascal intends to claim, there are potential adverse claims to the proceeds of these policies and Prudential may not be able to make a determination as to the proper payee.

*Id.*

23.     In its August 16, 2006 letter, Prudential also explained that it normally would pursue an interpleader action where there are competing, adverse claimants, but that it would

5

376902.1

refrain from doing so or taking other action to allow the parties time to attempt an amicable resolution of the matter. *Id.*

24.     On or about December 6, 2006, a Prudential representative spoke with Attorney Franklin and Joseph M. Demascal, both of whom advised that attempts to resolve the matter were unsuccessful.  By letters dated December 19, 2006, Prudential wrote to Attorney Franklin and Joseph M. Demascal, confirming that the parties had not reached an agreement regarding the distribution of the proceeds and that the matter was being referred to Prudential's legal department to begin an interpleader action.  True and correct copies of the December 19, 2006 letter to Attorney Franklin and to Joseph M. Demascal are attached as **Exhibit 10** and **Exhibit 11**, respectively.

25.     Under the terms of Policy 36 and Policy 76, and on account of the death of the insured, Joseph E. Demascal, Prudential became obligated to pay death benefits totaling $77,650.87 due under those policies ("Proceeds").

26.     Upon information and belief, to date the claimants have not resolved their competing claims to the Proceeds.

## BASIS FOR INTERPLEADER RELIEF

27.     Because Prudential believes multiple and conflicting claims to the Proceeds exist, Prudential cannot safely pay out the Proceeds.

28.     As a result of the foregoing, there exists actual or potential rival, adverse and conflicting claims to the Proceeds described above, and Prudential has been unable to discharge its admitted liability without exposing itself to multiple liability or multiple litigation or both.

29.     Prudential is willing to pay the Proceeds due and owing on account of the death of the insured and under Policy 36 and Policy 76 pursuant to the provisions of those policies and the applicable law under order of this Court.

30.     Prudential should not be compelled to become involved in the disputes or contentions of the claimants and the claimants should be ordered to litigate among themselves without further involving Prudential.

31.     Prudential has filed this Complaint for Interpleader Relief of its own free will to avoid multiple liability, multiple litigation or both.

32.     Prudential desires to deposit its admitted liability with the Clerk of this Court, said sum to abide the further order of this Court.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff / Stakeholder The Prudential Insurance Company of America, asks for the following relief:

a.      That this Court grant Prudential leave to deposit its admitted liability with the Clerk of this Court;

b.      That the Claimants Mary B. Demascal and Joseph M. Demascal, be enjoined from instituting or prosecuting against Prudential any proceeding in any state or United States Court or administrative tribunal affecting the insurance proceeds due under the Policies and on account of the death of Joseph E. Demascal and that said injunction issue without bond or surety;

c.      That Claimants Mary B. Demascal and Joseph M. Demascal, and each of them, be required to make full and complete answer to this Complaint for Interpleader Relief and to set forth to which of them the insurance proceeds, or any part thereof, rightfully belong, and how they make their claims thereto;

d.      That this Court determine and declare the rights of the Claimants Mary B. Demascal and Joseph M. Demascal,

and each of them, to life insurance benefits due and owing under the above policies;

e.      That the Court discharge Prudential of and from any and all liability for any insurance payable on account of the death of Joseph E. Demascal;

f.      That this Court excuse Prudential from further attendance upon this cause and dismiss Prudential from this case with prejudice; and

g.      That this Court grant Prudential such other and further relief as this Court deems just and equitable, including its attorney fees incurred in filing and prosecuting this Complaint for Interpleader Relief, said sum to be deducted from the amount due and owing under the above policies.

Respectfully submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff / Stakeholder**

By: _____
        One of its attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
Tel: (312) 704-0550
Fax: (312) 704-1522

376902.1

E-FILED
Monday, 12 February, 2007 03:51:15 PM
Clerk, U.S. District Court, ILCD

# Prudential Financial

**Request to Change Beneficiary
on Life Insurance Policies**

Please print using blue or black ink. Initial any changes, corrections, insertions, or deletions that you make.

## About Your Policy

You can use this form to make changes to more than one policy as long as each policy insures the same person(s) and has the same owner, and you are requesting the same changes for each policy.

Policy number(s) *(eight or nine characters)*

46019383     76407235     36 919 084

Name of insured *(first, middle initial, last name)* Joseph E Demascal

Soc. Sec. no. __

Name of joint insured, if any *(first, middle initial, last name)* _____

## Permanent Address Change Request

Complete this section **only** if you are requesting a permanent change in your address

**Change address to:**

Full address _____

Telephone number ( _____ ) _____ - _____

## Mailing Instructions

Unless indicated in this section, confirmation of the change(s) will be mailed to the owner at the address in our records

Name of Recipient of confirmation *(first, middle initial, last name)* _____

Full address _____

## Request to Change Beneficiary *(This revokes all prior beneficiary designations.)*

All beneficiaries need to be restated even if they are not being changed. For example, if you are changing only the contingent beneficiary, you must restate the primary beneficiary. If more space is needed for additional beneficiaries, use the **Additional/Special Beneficiary Requests** section

**A. To name individual beneficiary(ies), complete the following:**

☒ **Primary**          ☐ **Contingent**          ☐ **Tertiary**
Name *(first, middle initial, last name)* Joseph M Demascal
Relationship to insured Son _____ Age 47 Soc. Sec. no. _____
Full address 1905 LEE ST. BOSSIER CITY - LA 71112

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**
Name *(first, middle initial, last name)* _____
Relationship to insured _____ Age _____ Soc. Sec. no _____
Full address _____

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**
Name *(first, middle initial, last name)* _____
Relationship to insured _____ Age _____ Soc. Sec. no. _____
Full address _____

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**
Name *(first, middle initial, last name)* _____
Relationship to insured _____ Age _____ Soc. Sec. no. _____
Full address _____

*(continued)*

COMB 98992   Ed 11/2003

Page 1 of 3
Return this page to Prudential



*CASWF2837W3-01*



*SYS005031611*

**Initial any changes, corrections, insertions, or deletions that you make.**

## Request to Change Beneficiary *(continued)*

**B.** To name a **trustee under a trust agreement**, complete the following

☐ **Primary**       ☐ **Contingent**       ☐ **Tertiary**

Name of current trustee(s)

Date of trust agreement _____ / _____ / _____       **Trust agreement**       ☐ Irrevocable
                                                               ☐ Revocable

Name of trust _____

Full address _____

**C.** To name the trustee under insured's will (testamentary trustee), complete the following

☐ **Primary**       ☐ **Contingent**       ☐ **Tertiary**

**Trustee under insured's will (testamentary trustee)** You may want to consult legal counsel before choosing this arrangement. We will only pay the trustee if the trustee is qualified by the probate court and we receive the trustee's written claim within 18 months after the insured's death. If permitted by law, a shorter qualifying period may be requested in **Additional/Special Beneficiary Requests**. If these conditions permitting payment to the trustee are not satisfied, any amount due the trustee as of the date of the insured's death will be payable as shown in this beneficiary arrangement to any subsequent class of beneficiaries designated, or, if there is none, to the insured's estate.

**D.** To name the **insured's estate** as your *sole beneficiary*, check the following:

☐ **The insured's estate.** If choosing the insured's estate, no other beneficiary can be selected.

**E.** To name a **business/organization**, complete the following:

☐ **Primary**       ☐ **Contingent**       ☐ **Tertiary**

Name of business/organization _____

Full address _____

Type of **business/organization**     ☐ Corporation     ☐ Partnership     ☐ Sole Proprietorship
                                      ☐ Limited Liability Company     ☐ Other _____

Name of sole proprietor *(if applicable)* _____

## Additional/Special Beneficiary Requests

Use this section to name an additional beneficiary, a class or group not shown in the **Request to Change Beneficiary** section, or to select a payment option for your beneficiary

**For each additional individual beneficiary or member of a class or group (e.g. "Children of the insured"), you must provide full name, relationship to the insured, age, Social Security number, address, and the category of beneficiary (primary, contingent, tertiary).**

COMB 98992   Ed 11/2003       Page 2 of 3
                              Return this page to Prudential



*CASWF2837W3-01*



*SYS005031611*

**Initial any changes, corrections, insertions, or deletions that you make.**

**Signature(s)/Signature Requirements** *(Always complete.)*

**Your request cannot be processed without the correct signature(s), date, and applicable documentation.**

- For **corporations**, an authorized officer must sign. Be sure to include the title of the officer
  - **If president** – no additional requirements
  - **If vice president** – for policies over $1,000,000, provide a Corporate Secretary's statement reflecting the vice president's authority to sign
  - **If any other officer** – provide a corporate resolution
- For **partnerships** with at least two general partners, two authorized general partners must sign with the title "general partner" after each name (if only one, use "sole general partner") and include the name of the partnership.
- For **sole proprietorships**, submit the signature of the owner, followed by "doing business as (company name), a sole proprietorship."
- For **trusts**, each trustee must sign unless the trust itself or state law provides otherwise. Trustee must include trustee designation (for example, "John Doe, Trustee under Trust Agreement dated 1/1/1998").
- **A holder of power of attorney** must provide a copy of the power of attorney and include, following his or her signature, the words "Attorney-in-fact for (owner's name)."
- For a policy containing a **limitation of rights**, the person or entity in whose favor the rights have been limited must also sign.

**By signing this form, I:**

- certify that I am authorized to sign this form,
- authorize the request(s) made on this form, which are subject to the terms and conditions of the policy,
- request a waiver of any policy provision that requires me to send Prudential the policy for endorsement of the change(s),
- certify that the policy(ies) is/are in my possession and that no other person has any claim or interest in it/them, except for a collateral assignee under any assignment now on record with Prudential,
- certify that if the owner is a corporation or partnership, that it is not under receivership, trusteeship, or conservatorship, and/or has not been dissolved, and if a partnership, that no notice of disassociation has been filed by any partner, and
- understand that any endorsement that Prudential may issue will conform to its rules and practices.

X <u>Joseph E. Elmore</u>    X <u>6.7.06</u>
*Current owner's signature and date signed*    *Current month/day/year*

X _____    _____
*Current joint owner's signature(s) (if applicable) and date signed*    *Current month/day/year*

_____    _____
Signer's title for business or trust owner    Company name

**For Massachusetts residents only**

State law requires that a disinterested adult, who is not a party to the policy, witness any request to change the beneficiary arrangement. Your Prudential representative may sign as a witness.

X _____

*Witness' signature (Massachusetts only)*

> **OFFICIAL SEAL**
> **DONNA D. ELMORE**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-14-2010

 
Donna D. Elmore    6.7.06

| For Prudential Use Only | Contract/Agency _____ Prudential representative _____ |
| --- | --- |
| | Submitting office _____ RMO _____ |
| | Recorded on _____ |
| | The following pages are being returned by us: ☐ 1  ☐ 2  ☐ 3 |

COMB 98992 | Ed 11/2003

*CASWF2837W3-01*    *SYS005031611*

E-FILED
Monday, 12 February, 2007  03:51:32 PM
Clerk, U.S. District Court, ILCD

# Prudential ✹ Financial

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176
(800) 778-2255
www.prudential.com

Joseph E Demascal
112 S Poplar St
Assumption, IL 62510-1147

Insured: Joseph E. Demascal
Policy Numbers: 36919084, 46019383
and 76407235

June 13, 2006

Dear Joseph E Demascal:

I am writing to inform you that your recent request to change your policies cannot be completed in its entirety.

The change on the policy number 46 017 383 has been completed. A confirmation reflecting this change is enclosed and should be kept with your life insurance documents.

However, we were unable to complete the change requested for policy numbers 36 919 084 and 76 407 235 because the policy numbers listed on the form were inserted without being initialed. If a change of beneficiary is desired, please complete the sections of the enclosed form that apply to your situation.

Be sure to:

- Review all instructions and confirm the accuracy of any pre-filled information.
- Initial any changes, corrections, or additions made to the form.
- Indicate the priority in which each beneficiary listed on the form is to be paid (i.e., primary, contingent, or tertiary).
- Complete <u>all</u> of the information requested in the required sections.
- Sign and date the Signature(s) section.

A self-addressed envelope is enclosed for your convenience in returning the form to us.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number WF2837W3. We are available Monday through Friday between 8:00 a.m. and 12:00 a.m. Eastern time. You can also reach us on Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Life insurance issued by The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777, a Prudential Financial, Inc. company solely responsible for its own financial condition and contractual obligations.

Prudential Financial is a service mark of The Prudential Insurance Company of America, Newark, NJ, and its affiliates.

Sincerely,

*Janet Franz*

Janet Franz
Customer Service Representative



## Prudential ⬥ Financial

**Request to Change Beneficiary
on Life Insurance Policies**

The Prudential Insurance Company of America
Pruco Life Insurance Company of New Jersey
Pruco Life Insurance Company
*All are Prudential Financial companies.*

### General Information and Instructions *(Read the instructions about the change(s) you wish to make.)*

Review the accuracy of any pre-filled information. **Initial any changes, corrections, insertions, or deletions that you make. If you do not, we may not be able to act upon your request.**

Return only the completed pages along with the Signature page to Prudential. **Do not send us your policy.**

We will record the change(s) and send a confirmation.

On these pages, *me, my, you, your,* and *I* refer to the owner(s). *We, us,* and *our* refer to the Prudential company that issued the policy.

If the arrangement you want is not on this form, please contact our Customer Service Office.

### Changing Your Beneficiary *(Complete the Request to Change Beneficiary section.)*

Proceeds will be paid in a lump sum unless indicated otherwise in the **Additional/Special Beneficiary Requests** section. If information about a different method of payment was requested, we have enclosed **A Word About Settlement Options**. If you have not received it, contact our Customer Service Office.

It is important to understand the difference between primary (class 1), contingent (class 2), and tertiary (class 3) categories of beneficiaries.

- **Primary beneficiaries** will receive any proceeds payable at the insured's death.
- If no primary beneficiary survives the insured, the **contingent beneficiaries** will receive any proceeds.
- If neither primary nor contingent beneficiaries survive the insured, **tertiary beneficiaries** will receive any proceeds.

### Special Beneficiary Designations *(Use the Additional/Special Beneficiary Requests section.)*

For the following designations, include the information shown in the quotations (as well as any other identifying information described in the **Additional/Special Beneficiary Requests** section) and identify whether the beneficiary is primary, contingent, or tertiary.

1. **Children as a group.** (This would include any legally adopted children.) *"Children of the insured."* If a child is not living and therefore not eligible to receive a payment, and such child's share is to be distributed equally to his or her surviving children, then write: *"Children of the insured, their children by representation."*

2. **Creditor beneficiary.**
   - For a **business/organization creditor**
     *"(Corporation name) of (city, state), a corporation, its successors or assigns, creditor, as its interest may appear."*
     *"(Partnership name) of (city, state), a partnership, creditor, as its interest may appear."*
   - For an **individual**
     *"(Individual's name), creditor, if living, otherwise his/her estate, as his/her interest may appear."*
   For any **creditor** arrangement, be sure to indicate who is to receive any balance. *"Pay balance, if any, to Jane Smith, wife."*

3. **Percentages, fractions, dollars, and balance arrangements.**
   - Percentage arrangement: *"Pay 75% to Jane Doe, wife, and 25% to John Doe, son."*
   - Fraction arrangement: *"Pay ¾ to Jane Doe, wife, and ¼ to John Doe, son."*
   - Dollar amount: *"Pay $80,000, or the proceeds, if less, to Jane Doe, wife, and the balance, if any, to John Doe, son."*
     **Note: Only one dollar amount can be shown.**
   In the three examples above, if Jane Doe is not living when the insured dies, her share will not be payable to John Doe. If you want that share to be paid to the other beneficiary (or to someone else), then write:
   *"Pay 75% to Jane Doe, wife, if living, otherwise to John Doe, son; and 25% to John Doe, son, if living, otherwise Jane Doe, wife."*

4. **Short Term Survivorship Provision.** If this provision is chosen, any beneficiary who dies after the insured (but within the period of days you specify) will be considered to have died before the insured. The specified period (from 1 to 30 days) must be indicated, as follows:
   *"Include Short Term Survivorship Provision of (1 to 30) days."*

---

Corporate Office: 751 Broad Street, Newark, New Jersey 07102-3777

COMB 98992 | Ed. 11/2003

Page A of Instructions
Customer keeps this page



WF2837W3-03



*SYS005031611*

**Additional Information Regarding the Beneficiary Change** *(Applies only when this form is used as confirmation of the change.)*

**When a beneficiary is designated to receive an equal distribution of proceeds:**

- One who survives the insured will have the right to be paid only if no one in a prior class survives the insured;
- One who has the right to be paid will be the only one paid if no one else in the same class survives the insured;
- Two or more in the same class will be paid in equal shares, but if children by representation are included in that class, the children by representation will only have the right to the share to which their deceased parent would have been entitled if that parent were then living; and
- If no beneficiaries survive the insured, we will pay any proceeds in one sum to the owner(s).

**When a beneficiary is designated to receive a dollar and balance distribution or a percentage or fraction distribution:**

- One who has the right to be paid will be the only one paid if no one else named to receive that distribution survives the insured;
- Two or more named to share in the same distribution will be paid in equal shares or to the survivor(s); and
- If no beneficiaries named to receive a distribution survive the insured, we will pay the amount of that distribution in one sum to the owner(s).

If this is a family policy, a parent-child policy, or a policy to which a spouse or dependent children's rider is attached, any insurance payable upon the death of an insured spouse and/or a dependent child will be payable in one sum to the owner(s).

Before we make a payment, we have the right to decide what proof we need of the identity, age, or any other facts about any beneficiary. If beneficiaries are not designated by name and we make payment(s) based on that proof, we will not have to make the payment(s) again.

In making a payment to any trustee, we have the right to assume that the trustee is acting in that fiduciary capacity until we receive written notice to the contrary. If we made any payment(s) to the trustee before we received the notice, we will not have to make the payment(s) again.

If a trustee under a revocable inter vivos trust agreement is designated as a beneficiary and the trust is not in effect at the insured's death, any amount payable to the trustee will be paid to any subsequent beneficiaries designated to receive that amount. If there is none, payment will be made to the owner(s).



WF2837W3-03



*SYS005031611*

# Prudential  Financial

**Request to Change Beneficiary
on Life Insurance Policies**

Please print using blue or black ink. Initial any changes, corrections, insertions, or deletions that you make.

## About Your Policy

You can use this form to make changes to more than one policy as long as each policy insures the same person(s) and has the same owner, and you are requesting the same changes for each policy.

Policy number(s) *(eight or nine characters)*

36919084        76407235

Name of insured *(first, middle initial, last name)* Joseph E Demascal

Soc. Sec. no. _____        ___

Name of joint insured, if any *(first, middle initial, last name)* _____

## Permanent Address Change Request

Complete this section **only** if you are requesting a permanent change in your address.

**Change address to:**

Full address _____

Telephone number ( _____ ) _____ - _____

## Mailing Instructions

Unless otherwise indicated in this section, confirmation of the change(s) will be mailed to the owner at the address in our records.

Name of Recipient of confirmation *(first, middle initial, last name)*_____

Full address _____

## Request to Change Beneficiary *(This revokes all prior beneficiary designations.)*

All beneficiaries need to be restated even if they are not being changed. For example, if you are changing only the contingent beneficiary, you must restate the primary beneficiary. If more space is needed for additional beneficiaries, use the **Additional/Special Beneficiary Requests** section.

**A.** To name **individual beneficiary(ies)**, complete the following:

☒ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

Name *(first, middle initial, last name)* Joseph M. Demascal

Relationship to insured son _____ Age __47__ Soc. Sec. no. _____

Full address 1905 Lee St, Bossier City LA 71112

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

Name *(first, middle initial, last name)* _____

Relationship to insured _____ Age _____ Soc. Sec. no. _____

Full address _____

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

Name *(first, middle initial, last name)* _____

Relationship to insured _____ Age _____ Soc. Sec. no. _____

Full address _____

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

Name *(first, middle initial, last name)* _____

Relationship to insured _____ Age _____ Soc. Sec. no. _____

Full address _____

*(continued)*


WF2837W3-03


*SYS005031611*

Initial any changes, corrections, insertions, or deletions that you make.

## Request to Change Beneficiary *(continued)*

**B.** To name a **trustee under a trust agreement**, complete the following:

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

    Name of current trustee(s)

Date of trust agreement _____ / _____ / _____          **Trust agreement**          ☐ Irrevocable
                                                                         ☐ Revocable

    Name of trust _____

    Full address _____

**C.** To name the **trustee under insured's will (testamentary trustee)**, complete the following:

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

**Trustee under insured's will (testamentary trustee).** You may want to consult legal counsel before choosing this arrangement. We will only pay the trustee if the trustee is qualified by the probate court and we receive the trustee's written claim within 18 months after the insured's death. If permitted by law, a shorter qualifying period may be requested in **Additional/Special Beneficiary Requests**. If these conditions permitting payment to the trustee are not satisfied, any amount due the trustee as of the date of the insured's death will be payable as shown in this beneficiary arrangement to any subsequent class of beneficiaries designated, or, if there is none, to the insured's estate.

**D.** To name the **insured's estate** as your *sole beneficiary*, check the following:

☐ **The insured's estate.** If choosing the insured's estate, no other beneficiary can be selected.

**E.** To name a **business/organization**, complete the following:

☐ **Primary**          ☐ **Contingent**          ☐ **Tertiary**

    Name of business/organization _____

    Full address _____

    Type of **business/organization**          ☐ Corporation          ☐ Partnership          ☐ Sole Proprietorship
                                                ☐ Limited Liability Company          ☐ Other _____

    Name of sole proprietor *(if applicable)* _____

## Additional/Special Beneficiary Requests

Use this section to name an additional beneficiary, a class or group not shown in the **Request to Change Beneficiary** section, or to select a payment option for your beneficiary.

For each additional individual beneficiary or member of a class or group (e.g. "Children of the insured"), you must provide full name, relationship to the insured, age, Social Security number, address, and the category of beneficiary (primary, contingent, tertiary).


WF2837W3-03


*SYS005031611*

Initial any changes, corrections, insertions, or deletions that you make.

**Signature(s)/Signature Requirements** *(Always complete.)*

**Your request cannot be processed without the correct signature(s), date, and applicable documentation.**

- For **corporations**, an authorized officer must sign. Be sure to include the title of the officer.
  - **If president** – no additional requirements
  - **If vice president** – for policies over $1,000,000, provide a Corporate Secretary's statement reflecting the vice president's authority to sign
  - **If any other officer** – provide a corporate resolution
- For **partnerships** with at least two general partners, two authorized general partners must sign with the title "general partner" after each name (if only one, use "sole general partner") and include the name of the partnership.
- For **sole proprietorships,** submit the signature of the owner, followed by "doing business as (company name), a sole proprietorship."
- For **trusts,** each trustee must sign unless the trust itself or state law provides otherwise. Trustee must include trustee designation (for example, "John Doe, Trustee under Trust Agreement dated 1/1/1998").
- A **holder of power of attorney** must provide a copy of the power of attorney and include, following his or her signature, the words "Attorney-in-fact for (owner's name)."
- For a policy containing a **limitation of rights,** the person or entity in whose favor the rights have been limited must also sign.

**By signing this form, I:**

- certify that I am authorized to sign this form,
- authorize the request(s) made on this form, which are subject to the terms and conditions of the policy,
- request a waiver of any policy provision that requires me to send Prudential the policy for endorsement of the change(s),
- certify that the policy(ies) is/are in my possession and that no other person has any claim or interest in it/them, except for a collateral assignee under any assignment now on record with Prudential,
- certify that if the owner is a corporation or partnership, that it is not under receivership, trusteeship, or conservatorship, and/or has not been dissolved, and if a partnership, that no notice of disassociation has been filed by any partner, and
- understand that any endorsement that Prudential may issue will conform to its rules and practices.

X_____ _____
*Current owner's signature and date signed* *Current month/day/year*

X_____ _____
*Current joint owner's signature(s) (if applicable) and date signed* *Current month/day/year*

_____ _____
*Signer's title for business or trust owner* *Company name*

**For Massachusetts residents only**

State law requires that a disinterested adult, who is not a party to the policy, witness any request to change the beneficiary arrangement. Your Prudential representative may sign as a witness.

X_____
*Witness' signature (Massachusetts only)*

| **For Prudential Use Only** | Contract/Agency _____ Prudential representative _____ |
| | Submitting office _____ RMO_____ |
| | Recorded on _____ |
| | The following pages are being returned by us: ☐1 ☐2 ☐3 |


WF2837W3-03


*SYS005031611*

# Prudential  Financial

**BENEFICIARY ARRANGEMENTS**

For assistance, get in touch with your
representative or call the 800 number below:
MAILPAY OPTIONAL
PO BOX 7390
PHILADELPHIA PA 19176
(800) 778-2255
(800) 778-2255

LAOD  950 4

JOSEPH E DEMASCAL
112 S POPLAR ST
ASSUMPTION IL 62510

Contract Number    46 019 383
JOSEPH E DEMASCAL
1957 Family

June 14, 2006

You recently asked to have your contract changed.  Please review this rider form to make sure we have made all the changes you requested.  This form should be kept with your contract.  If you have any questions, please get in touch with your Prudential representative or the office shown above.

Settlement of the proceeds of the contract will be made in accordance with the following Beneficiary Provision.  The "Beneficiaries for Other Proceeds" and "Special Conditions" sections on the other side of this form are a part of this Beneficiary Provision in any case to which they apply.

**Beneficiary Provision**

The proceeds that arise from the Insured's death will be settled in one sum as shown below.  If the contract provides, by rider or otherwise, for income payments to begin upon the Insured's death, the word proceeds includes the one sum value of those payments that arise from his or her death.

☐ Pay the proceeds in one sum to THE INSURED's ESTATE.
☒ Pay the proceeds in one sum to the following beneficiary(ies):

**Beneficiaries in order of priority**

CLASS  1    JOSEPH M DEMASCAL, SON

CLASS  2    NONE

These statements apply to the beneficiaries:  (1) One who survives the Insured will have the right to be paid only if no one in a prior class survives the Insured: (2) One who has the right to be paid will be the only one paid if no one else in the same class survives the Insured: (3) Two or more in the same class who have the right to be paid will be paid in equal shares: and (4) If none survives the Insured, we will pay in one sum to the Insured's estate.

If this contract has an Automatic Mode of Settlement provision, beneficiaries who do not have a right to be paid at the Insured's death may still have a right to be paid under that provision.

4 88500 EB26
LAOD  950

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
FOR SERVICE CALL 1-800-PRU-CALL (1-800-778-2255)
NORTH CENTRAL OPERATIONS, MINNEAPOLIS, MN 55442

**Beneficiaries for Other Proceeds**

- This section applies only to a contract that provides for insurance on the lives of the Insured, the insured spouse and dependent children:

   The beneficiary for insurance payable upon the death of the insured spouse will be the Insured if living, otherwise the estate of the insured spouse.

   The beneficiary for insurance payable upon the death of a dependent child will be the Insured if living, otherwise the insured spouse if living, otherwise the estate of the later to die of the Insured and the insured spouse.

- This section applies only to a contract that provides for insurance on the lives of the Insured and dependent children:

   The beneficiary for insurance payable upon the death of a dependent child will be the Insured if living, otherwise the beneficiary(ies) in the order of priority and in accordance with the distribution shown in this beneficiary provision, otherwise the estate of the later to die of the Insured and the beneficiary(ies).

- This section applies only to a contract that provides for insurance on the lives of the Insured and the insured spouse (other than a joint whole life contract):

   The beneficiary for insurance payable upon the death of the insured spouse will be the Insured if living, otherwise the estate of the insured spouse.

**Special Conditions**

1. Before we make a payment, we have the right to decide what proof we need of the identity, age or any other facts about any persons designated as beneficiaries. If beneficiaries are not designated by name and we make payment based on that proof, we will not have to make payment again.

2. In the case of a variable annuity or retirement annuity: (a) the word Insured means Annuitant: and (b) the word proceeds means any amount that may arise from the Annuitant's death before the annuity date.

3. If in executing this form we have endorsed the contract, the Beneficiary Provision will take effect as stated in the contract. If we have not endorsed the contract, we have agreed to waive any contract provision which might otherwise require that the contract be sent to us for endorsement of this change. In that case, this Beneficiary Provision will take effect when we file the request for the change at our Home Office or Service Office. In either case, any previous beneficiary's interest will end as of the date of the request. It will end then even if the Insured is not living when we execute the form.

Request filed at the Company                    Date

By  *Kathleen M. Gibson*                                June 12, 2006

Secretary

Aug. 8. 2006  8:07AM   AEP 866 947 0357

## Prudential Financial

Customer Service Office
P.O. Box 13902
Philadelphia, PA 19176
(800) 496-1035
www.prudential.com

Joseph M Demascal
1905 Lee
Bossier City, LA 71112

Insured: Joseph E Demascal
Policy Numbers: 36919084, 46019383
and 76407235

June 28, 2006

Dear Joseph M Demascal:

As you may know, Elizabeth Evaschuk notified us of the death of Joseph E Demascal. Please accept our sincere condolences for your loss. In order to process the claim as quickly as possible, I need your assistance.

I want to begin by confirming that the policies name you as primary beneficiary.

Enclosed is important documentation related to the claim. Please complete, sign, and date any documents where information is requested. If changes are needed to any of the pre-filled information in these documents, the person signing them should make the correction and place his or her initials next to it. Finally, return all the items listed below to us in the enclosed reply envelope. **Please note that any documents sent to us become part of the claim file and cannot be returned.**

- A Life Insurance Death Benefits Claim Form. Please be sure that the section titled Tax Certification is completed, and the form is signed and dated in the section titled Signature.
- An original death certificate issued by the state in which Joseph E Demascal passed away, or a copy that has been certified and includes the raised seal of that state. To prevent a delay in handling, the death certificate should include the cause or manner of death. Please note that we require only one death certificate to process all of the claims for these policies.
- The insurance policies, if they are available and do not provide family coverage.

If you have any questions or would like more information, please call our customer service office at (800) 496-1035 and refer to reference number WH26ZRP6. We are available Monday through Friday between 8:00 a.m. and 9:00 p.m. Eastern time. You can also reach us on Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time.

RECEIVED

AUG 0 8 2006

CCCU JAX

## Prudential Financial

On behalf of Prudential, I want to express condolences for your loss. In what may be a difficult time for you, we want to make the claim process as prompt and convenient as possible.

Please complete this Life Insurance Death Benefits Claim Form so that we can begin to process your claim. We have included a reply envelope for your convenience. Be sure to return your completed form along with the life insurance policy(ies), if available, and a certified death certificate with the state seal. A certified death certificate is either:

- The original death certificate issued by the state where the insured passed away, or
- A copy of the original death certificate that has a raised seal of that state.

When the material is received, we will process your claim promptly. If you have any questions, please call your Prudential representative or our Customer Service Office at (800) 496-1035, weekdays between 8:00 a.m. and 9:00 p.m. and Saturdays from 8:00 a.m. to 3:00 p.m. Eastern time.

James J. Avery, Jr.
President
Individual Life Insurance

RECEIVED

AUG 0 8 2006

CCCU JAX



E-FILED
Monday, 12 February, 2007 03:51:53 PM
Clerk, U.S. District Court, ILCD



**Life Insurance Death Benefits Claim Form**

**The Prudential Insurance Company of America**
**Pruco Life Insurance Company of New Jersey**
**Pruco Life Insurance Company**
*All are Prudential Financial companies.*

## Instructions

Use this form to apply for life insurance death benefits. If there is more than one claimant, each claimant must complete a separate form.

Be sure to attach a **certified death certificate with the state seal**, and send us the policy(ies), if available. A certified death certificate is either the original death certificate issued by the state where the insured passed away, or a copy of the original death certificate that has a raised seal of the state.

If you have any questions, please call our customer service office at **(800) 496-1035**.

On these pages, *I*, *you*, and *your* refer to the claimant. *We*, *us*, and *our* refer to the Prudential company that issued the policy.

## About the Alliance Account

Prudential's preferred method of paying death benefits is through the Alliance Account® settlement option, an easy, no-cost option that gives you great flexibility. You may access funds immediately to cover current expenses, or in the future after you have had a chance to consider all your financial options.

Your proceeds may remain in this option for as long as you like while you continuously earn competitive interest rates. To access funds, simply write a draft* ("check") for $250 or more to yourself or any third party. There are no monthly service charges, per-check charges or check re-order fees. You will receive a monthly statement showing your current balance, account activity, interest earned, and interest rate.

**Other Benefits of the Alliance Account Settlement Option**

- **Immediate and convenient**: This option allows you to access all of your funds immediately or over time. You may leave the money in the account, withdraw the entire amount or write checks against the balance ($250 minimum).

- **Easy, no-cost transfer options**: Transfer funds from Alliance to any other available Prudential settlement option at any time and at no additional cost.

- **Financial security**: The Alliance Account settlement option is a contractual obligation of the Prudential Insurance Company of America.

Death benefits will not be eligible for payment by way of the Alliance Account and will be paid by check or applicable payment option, if any of the following circumstances exists:

- The benefits payable to you from all policies total less than $10,000.
- The beneficiary is a minor, corporation, partnership, tax exempt entity, trust or any other third party.
- The claimant resides outside of the United States.
- The person who owned the policy established specific provisions regarding payment of the death benefit.
- The benefits are being claimed under a power of attorney, guardianship, or conservatorship.
- The type of policy is such that payment is not administratively offered through the Alliance Account.

*BISYS Information Solutions, L.P. is the Administrator of the Prudential Alliance Account Settlement Option, a contractual obligation of The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 07102-3777. Check clearing is provided by Bank One and processing support is provided by Integrated Payment Systems, Inc. Alliance Account balances are not insured by the Federal Deposit Insurance Corporation (FDIC). BISYS Information Solutions, L.P, Bank One, and Integrated Payment Systems, Inc. are not Prudential Financial companies.*

## 1. Policy Information

Please list each life insurance policy number for which you are making a claim. The number may be eight or nine characters long; include any letter prefixes.

36919084 D ✓✓          W - 46019383          76407235 DK

RECEIVED
2006 JUL 14 AM 8:34

Name of insured *(first, middle initial, last name)* Joseph E Demascal

Date of birth *(mo/day/yr)* 10/18/1938    Date of death *(mo/day/yr)* 06/24/2006

## 2. Claimant Information *(This section is to be completed by the individual claiming death benefits.)*

Name of claimant *(first, middle initial, last name)* Joseph M Demascal

Street 1905 Lee

City, State, ZIP code Bossier City LA 71112

Date of birth 05/01/1959 Daytime telephone (318) 470 - 3135 Cell   Evening telephone (318) 742 - 4917
month / day / year

This form is being completed by: *(Must check one.)*

☑ Beneficiary (If you have assigned any portion of the claim to a funeral home, please include a copy of the assignment form.)

☐ Power of attorney for the beneficiary (Attach a copy of power of attorney authorization.)

☐ Representative of the insured's estate (Attach a copy of proof of appointment. If there is a will that will not be probated, we may be able to pay the insured's heirs directly if permitted by law.)

☐ Trustee (Attach a copy of trust agreement.)

☐ Legal guardian for the beneficiary (Attach a copy of the court order naming you as guardian. If the beneficiary is a minor, please provide the minor's name and date of birth below.)

Name of minor *(first, middle initial, last name)*_____ Date of birth _____
month / day / year

☐ Assignee (Specify amount you are claiming.) $ _____

☐ Other (Please specify.) _____

## 3. Life Insurance Payment Options

Unless you elect an alternative settlement option or select another payment option, eligible death claim benefits will be paid by way of the Alliance Account settlement option. If you would like detailed information about settlement options, please refer to the enclosed Settlement Options brochure, contact our Customer Service Office at **(800) 496-1035**, or contact your Prudential representative.

If you would like to select an alternative settlement option, indicate your settlement option below (as described in the Settlement Options brochure). _____

If you would like to select another payment option allowed in the policy, indicate your payment option below.

_____

If there is any remaining amount payable from the settlement option at your death, we will pay it in a lump sum to your estate or your beneficiary(ies), as you prefer.

Check one: ☐ Pay my estate   ☑ Pay the following beneficiary(ies)

| Primary Beneficiary(ies) (class 1) | Relationship | Age | Social Security number |
|---|---|---|---|
| Diana R. Dozier | Fiance | 42 | |
| Secondary Beneficiary(ies) (class 2) | Relationship | Age | Social Security number |
| | | | |

## 4. Authorization to Release Information

For the purposes of evaluation of a claim for insurance benefits, I authorize all physicians, hospitals, clinics, medical providers, other health providers, pharmacies, employers, investigative consumer reporting agencies and other agencies, including governmental organizations and the Social Security Administration, to provide the insured's entire medical and employment record to Prudential, excluding psychotherapy notes.

You are authorized to permit the Prudential or its authorized representative to obtain a copy of the entire medical record, including but not limited to, treatment for communicable diseases such as the human immunodeficiency virus (HIV) and acquired immune deficiency syndrome (AIDS), drug and alcohol use and all other information relative to the physical health, mental health, dental care, or employment pertaining to:

Insured's name *(first name, middle initial, last name)* Joseph E Demascal

Date of birth *(month/day/year)* 10/18/1938          Date of death *(month/day/year)* 06/24/2006

This authorization will remain valid while the claim is pending, but not for more than one year and can be revoked by giving written notice to Prudential. Prudential may be unable to complete the claim process and may deny benefits if this form is unsigned or revoked. Prudential will not release this information to any other entity other than its reinsurers or service providers without written authorization, unless required or allowed by law or ordered by a court of law. A copy of this authorization form will be provided to you upon request. A photocopy of this authorization is as valid as the original.

Once disclosed to Prudential, this information will no longer be protected by the Health Insurance Portability and Accountability Act, but will be protected by other applicable federal and state laws relating to the protection of personal information. For purposes of this authorization, I hereby revoke any prior restriction on disclosure of medical records provided to any medical provider and authorize the release of the Insured's entire medical record to Prudential, excluding psychotherapy notes.

## 5. Tax Withholding Election *(This section only applies to qualified plan distributions.)*

If you would like taxes withheld, please complete this section. Otherwise, we will not withhold taxes unless required by law. *Note: For additional information, please see the Tax Withholding Election Information on page 4.*

☑ Withhold federal income taxes from the taxable portion of the payment.
☑ Withhold state income taxes from the taxable portion of the payment.

**Other alternatives and settlement options may require other tax forms. If needed, these will be sent to you.**

## 6. Tax Certification *(For additional information, please see the Tax Certification Information on page 4.)*

**If (a) or (b) is not completed, we may not be able to process your request.**

**(a) Under penalties of perjury, I certify that my correct taxpayer identification number is:**

   **Beneficiary's Social Security number    – or –    Beneficiary's employer identification number**

   _____ – _____

   **I am not subject to backup withholding for the reasons stated under "Backup withholding" in the Tax Certification Information section on page 4.**

   ☐ **I have been notified by the Internal Revenue Service that I am subject to backup withholding due to underreporting of interest or dividends.** *(Check this box only if you are subject to backup withholding.)*

**(b)** ☐ **I am not a U.S. person (including resident alien). I am a citizen of** _____
   *Attach the applicable IRS Form W-8(BEN, ECI, EXP, IMY).*

## 7. Signature *(Required to process claim. For Alliance Account option, please sign as you would a check.)*

I have read and agree to sections 1 through 6. By signing this form, I certify that the information I have provided is true and complete. I understand that there may be tax implications as a result of this request. **It is fraudulent to fill out this form with information I know to be false or to omit important facts. Criminal and/or civil penalties can result from such acts.**

**The Internal Revenue Service does not require your consent to any provision in this document other than the certifications required to avoid backup withholding.**

X *Joseph M Demascal*          07/10/2006    SON
*Claimant's signature*            *month / day / year*    *Relationship to the insured*

## Tax Withholding Election Information *(This information will help you complete section 5.)*

**Federal and state income tax withholding.** Federal and some state tax laws require us to withhold income taxes from certain cash payments unless you elect out of withholding or certain other circumstances apply. We are required to withhold federal income taxes and certain state income taxes from the taxable portion of any payment from a non-qualified annuity, an IRA, a section 403(b) tax-deferred annuity, and some section 401(a) plans. We have presented this information based on our understanding of tax law. You may wish to consult with a tax or legal adviser because neither we nor our representatives can provide tax or legal advice.

If your payment is from a non-governmental **section 457 plan**, withholding on your payment will be like wage withholding. If your payment is from a section 403(b) tax-deferred annuity, a section 401(a) qualified plan, or a governmental section 457 plan and is an "eligible rollover distribution," you will not be able to elect out of federal income tax withholding. Federal taxes will be withheld at a flat 20 percent rate, unless you elect to have your eligible rollover distribution directly rolled over to an IRA or to another qualified plan. Federal and state income taxes may be withheld if you do not provide a U.S. residential address. You will not be able to elect out of withholding if we are notified that your taxpayer identification number (TIN) is incorrect.

**Estimated tax and possible penalties.** If you elect to have no income tax withholding from your payment, or if you do not have enough income tax withheld, you may be responsible for payment of estimated tax. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are not sufficient. You may be subject to Internal Revenue Service penalties, including fines and imprisonment, if you fail to provide your correct TIN, fail to report taxable interest or dividends on your tax return, or give false tax information.

## Tax Certification Information *(This information will help you complete section 6.)*

The **taxpayer identification number** for the beneficiary is:

- A Social Security number if you are an individual or the owner of a sole proprietorship;
- The employer identification number (EIN) if you represent a trust, estate, corporation, partnership, or tax-exempt organization;
- The TIN of the grantor/trustee if you represent a grantor trust, or that of the actual owner of a trust-like entity not recognized as a legal or valid trust under state law.

If you are a guardian completing this form for someone else (including a minor), be sure to provide that person's Social Security number.

**Backup withholding.** You must tell us if the IRS has notified you that you are subject to backup withholding because you didn't report all your taxable interest and dividends on your tax return. **You are not subject to backup withholding if either (a) you did not receive such a notice from the IRS, (b) the IRS told you that you are no longer subject to a backup withholding order, or (c) you are exempt from such withholding.** If you have been notified that you are subject to backup withholding, please check the box as indicated.

**Citizenship.** You must indicate if you are not a U.S. person (including resident alien). In that case, you must state the country in which you are a citizen and submit the applicable IRS Form W-8(BEN, ECI, EXP, IMY). In most situations, the IRS Form W-8BEN will be the appropriate IRS Form W-8.

# CHRISTIAN COUNTY, ILLINOIS

STATE OF ILLINOIS

## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER

DECEDENT'S BIRTH NO.

REGISTRATION DISTRICT NO. **11.0**

REGISTERED NUMBER **2006–172**

Type or Print in PERMANENT INK. See Funeral Directors, Hospital, or Physicians Handbook for INSTRUCTIONS

1. DECEASED—NAME FIRST / MIDDLE / LAST: **Joseph Edgar Demascal** — SEX: **2 Male** — DATE OF DEATH (MONTH, DAY, YEAR): **June 24, 2006**

4. COUNTY OF DEATH: **Christian** — 5a. AGE—LAST BIRTHDAY (YRS): **67** — 5b. UNDER 1 YEAR MOS. DAYS — 5c. UNDER 1 DAY HOURS MIN. — 6. DATE OF BIRTH (MONTH, DAY, YEAR): **October 18, 1938**

6a. CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER: **Assumption** — 6b. HOSPITAL OR OTHER INSTITUTION—(IF NOT IN EITHER, GIVE STREET AND NUMBER): **112 Poplar Street** — 6c. IF HOSP. OR INST. INDICATE D.O.A. OP/EMER. RM. INPATIENT (SPECIFY)

A. 7. BIRTHPLACE CITY AND STATE OR FOREIGN COUNTRY: **Assumption Illinois**

8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): **Married** — 8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): **Mary B McWhorter** — 9. WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO): **Yes**

B. 10. SOCIAL SECURITY NUMBER

C. 11a. USUAL OCCUPATION: **Adjuster** — 11b. KIND OF BUSINESS OR INDUSTRY: **Manufacturing** — 12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12): **12** College (1-4 or 5+)

D. 13a. CITY, TOWN, TWP, OR ROAD DISTRICT NO.: **112 S. Poplar** — 13c. INSIDE CITY: **Yes** — COUNTY: **Christian**

E. 13d. STATE: **Illinois** — 13e. ZIP CODE: **62510-** — 14a. RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY): **White** — 14b. OF HISPANIC ORIGIN? (SPECIFY NO OR YES-IF YES SPECIFY CUBAN,MEXICAN,PUERTO RICAN,etc.) NO [X] YES [ ] SPECIFY:

15. FATHER—NAME FIRST / MIDDLE / LAST: **Edgar Demascal** — 16. MOTHER—NAME FIRST / MIDDLE / MAIDEN LAST: **Betty J. Michael**

17a. INFORMANT'S NAME (TYPE OR PRINT): **Mike Demascal** — 17b. RELATIONSHIP: **Son** — 17c. MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP): **1905 Lee Bossier City, LA 71112**

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

| | | |
|---|---|---|
| Immediate Cause (First disease or condition resulting in death) | (a) **Lymphoma** | **4** |
| CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (b) STATING THE UNDERLYING CAUSE LAST. | DUE TO, OR AS A CONSEQUENCE OF (b) **Infection** | **1** |
| | DUE TO, OR AS A CONSEQUENCE OF (c) **Kidney failure** | **8 mo.** |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

19a. AUTOPSY (YES/NO): **No** — 19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (YES/NO)

20a. DATE OF OPERATION, IF ANY: **/ /** — 20b. MAJOR FINDINGS OF OPERATION — 20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? YES [ ] NO [ ]

21a. I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR): **06-23-2006** — 21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO): **Yes** — 21c. HOUR OF DEATH: **9:40 A M**

22a. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED. SIGNATURE ▶ **Ryan Holzmacher** — 22b. DATE SIGNED (MONTH, DAY, YEAR): **6/27/06**

22c. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT): **Ryan Holzmacher 455 W. Chestnut S... Springfield Il 62704** — 22d. ILLINOIS LICENSE NUMBER: **036110484**

NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT)

NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

24a. BURIAL, CREMATION, REMOVAL (SPECIFY): **Burial** — 24b. CEMETERY OR CREMATORY—NAME: **St. Mary's Cemetery** — 24c. LOCATION CITY OR TOWN: **Assumption** STATE: **IL** — 24d. DATE (MONTH, DAY, YEAR): **06/27/2006**

25a. FUNERAL HOME—NAME, STREET AND NUMBER OR R.F.D., CITY OR TOWN, STATE: **Seitz Funeral Homes, L.L.C. 101 S. Walnut Street Assumption, IL 62510-**

25b. FUNERAL DIRECTOR'S SIGNATURE ▶ **Dallas L. Seitz** — 25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: **034-010233**

26a. LOCAL REGISTRAR'S SIGNATURE ▶ **Linda K. Curtin** dtk — 26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): **June 29, 2006**

VR200 (REV. 5-89) Illinois Department of Public Health— Division of Vital Records (BASED ON 1989 U.S. STANDARD CERTIFICATE)

PRINTED BY UNDER THE AUTHORITY OF THE STATE OF ILLINOIS

---

## CERTIFIED COPY OR ABSTRACT OF VITAL RECORDS

STATE OF ILLINOIS ) ss
COUNTY OF CHRISTIAN )

JUL 3 2006

I, Linda K. Curtin, Christian County Clerk, do hereby certify that this document is a true and correct copy or abstract of the original record which is on file in the office of the County Clerk, Christian County, Taylorville, Illinois.

**Linda K. Curtin**





CHRISTIAN COUNTY · COUNTY CLERK'S OFFICIAL SEAL · ILLINOIS

SEAL OF THE STATE OF ILLINOIS · AUG. 26TH 1818

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## THE FRANKLIN LAW FIRM
123 East Third Street
Pana, Illinois 62557

Daniel M. Franklin

Telephone: 217-562-5077
Fax: 217/562-5129

July 14, 2006

Prudential Financial
**ATTN: Customer Service Office**
P.O. Box 7390
Philadelphia, PA 19176

RE:     Insured:          Joseph E. Demascal
        Policy Numbers:   36919084, 46019383 and 76407235

Dear Customer Service Office:

Please be advised that I am the attorney for Mary B. Demascal, the surviving spouse of Joseph E. Demascal. It is my understanding that my client, Mary B. Demascal, was originally the primary beneficiary on the above-mentioned policies. At the time of Joseph E. Demascal's death, she was married to my client. My client has received conflicting information from Prudential Financial in regard to who is named as primary beneficiaries on the above-mentioned policies.

I am concerned that Joseph M. Demascal was inappropriately named as a primary beneficiary of said policy shortly before Joseph E. Demascal's death. Please inform my client, Mary B. Demascal, as to when and how Joseph M. Demascal became a primary beneficiary on any of the above-mentioned policies.

Your cooperation is greatly appreciated.

Sincerely,

Daniel M. Franklin

DMF/skn

cc:   Mrs. Mary Demascal

E-FILED
Monday, 12 February, 2007  03:52:27 PM
Clerk, U.S. District Court, ILCD

1330 Shreveport-Barksdale Highway
Shreveport, LA  71105
Phone: 318-865-2679
Fax: 318-861-7989

Konica Minolta
Business Solutions,
Inc USA

RECEIVED

AUG 0 7 2006

# Fax

CCCU JAX

To: JENIFER/PRUDENTIAL  From: JOE M DEMASCAL

Fax: SPECIAL LOANS  Date: 08-07-2006

Phone: 318 470.3130 S  Pages: 2

Re:  CC:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

• Comments:

**RECEIVED**

AUG 0 7 2006

CCCU JAX

I AM DISPUTING

THE CLAIM OF BENEFICARY

ON POLICY # 76-407-235
                36 919-084


MY DAD HAD CHANGED BENEFICARY

PRIOR TO HIS PASSING ON JUNE 24-2006

MY NAME IS JOSEPH M DEMASCAL

08-06-06

*[signature]*

I NEED SOMETHING IN WRITING ON

THIS MATTER.

E-FILED
Monday, 12 February, 2007  03:52:40 PM
Clerk, U.S. District Court, ILCD

August 8, 2006

| Post-it® Fax Note | 7671 | Date 08/08/06 | # of pages ▶ 3 |
|---|---|---|---|
| To Jennifer | | From Mike Demascal | |
| Co./Dept. Prudential | | Co. | |
| Phone # | | Phone # (319) 470-3135 | |
| Fax # (904) 313-4573 | | Fax # | |

Prudential Financial
Attn:  Jennifer
       Claims Specialist
Fax:   904-313-4573

Insured:  Joseph E. Demascal
Policy Numbers: 36919084, 46019383, 76407235

To Whom It May Concern:

I am officially disputing your denial of payment on the claims listed above.

> ➢ I received a letter dated June 28, 2006 confirming that I was the primary
>   beneficiary of the 3 policies.  The letter stated "When the material is received, we
>   will process your claim promptly".  There was nothing in the letter indicating that
>   the policies were being "reviewed".
> ➢ I made subsequent calls to your customer service and was assured numerous times
>   that the claims were being processed and I would be receiving the monies shortly.
> ➢ I made personal payment on the funeral and burial expenses which totaled
>   $12,382.00 in anticipation of receiving the funds shortly as was indicated by your
>   company.

My Father was in a bitter divorce battle which began shortly after he became ill.  At the
advice of his divorce attorney, he changed the beneficiaries on his life insurance policies
from his hospital and/or nursing home during his final days.  He never saw any type of
letter stating that there was any problem with the beneficiary change form.  The form
advised to add all policies on the same form if the same change was being made to all
three.  The changes were witnessed by his 2 older sisters and they were aware of his
wishes.

I implore Prudential to honor their written and verbal assurances that named me as
primary beneficiary for the policies in question.

Joseph M. Demascal
1905 Lee
Bossier City, LA 71112
(318) 470-3135 cell phone

**RECEIVED**

AUG 0 8 2006

**CCCU JAX**

Attachment:
Letter from Prudential Financial dated June 28, 2006

## Prudential Financial

Customer Service Office
P.O. Box 13902
Philadelphia, PA 19176
(800) 496-1035
www.prudential.com

Joseph M Demascal
1905 Lee
Bossier City, LA 71112

Insured: Joseph E Demascal
Policy Numbers: 36919084, 46019383
and 76407235

June 28, 2006

Dear Joseph M Demascal:

As you may know, Elizabeth Evaschuk notified us of the death of Joseph E Demascal. Please accept our sincere condolences for your loss. In order to process the claim as quickly as possible, I need your assistance.

I want to begin by confirming that the policies name you as primary beneficiary.

Enclosed is important documentation related to the claim. Please complete, sign, and date any documents where information is requested. If changes are needed to any of the pre-filled information in these documents, the person signing them should make the correction and place his or her initials next to it. Finally, return all the items listed below to us in the enclosed reply envelope. **Please note that any documents sent to us become part of the claim file and cannot be returned.**

- A Life Insurance Death Benefits Claim Form. Please be sure that the section titled Tax Certification is completed, and the form is signed and dated in the section titled Signature.
- An original death certificate issued by the state in which Joseph E Demascal passed away, or a copy that has been certified and includes the raised seal of that state. To prevent a delay in handling, the death certificate should include the cause or manner of death. Please note that we require only one death certificate to process all of the claims for these policies.
- The insurance policies, if they are available and do not provide family coverage.

If you have any questions or would like more information, please call our customer service office at (800) 496-1035 and refer to reference number WH26ZRP6. We are available Monday through Friday between 8:00 a.m. and 9:00 p.m. Eastern time. You can also reach us on Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time.

## RECEIVED

AUG 0 8 2006

## CCCU JAX

# Prudential 🌐 Financial

On behalf of Prudential, I want to express condolences for your loss. In what may be a difficult time for you, we want to make the claim process as prompt and convenient as possible.

Please complete this Life Insurance Death Benefits Claim Form so that we can begin to process your claim. We have included a reply envelope for your convenience. Be sure to return your completed form along with the life insurance policy(ies), if available, and a certified death certificate with the state seal. A certified death certificate is either:

- The original death certificate issued by the state where the insured passed away, or
- A copy of the original death certificate that has a raised seal of that state.

When the material is received, we will process your claim promptly. If you have any questions, please call your Prudential representative or our Customer Service Office at (800) 496-1035, weekdays between 8:00 a.m. and 9:00 p.m. and Saturdays from 8:00 a.m. to 3:00 p.m. Eastern time.

*James J. Avery Jr.*

James J. Avery, Jr.
President
Individual Life Insurance

**RECEIVED**

AUG 0 8 2006

**CCCU JAX**



**Prudential Financial**

E-FILED
Monday, 12 February, 2007  03:52:50 PM
Clerk, U.S. District Court, ILCD

Customer Service Office
PO Box 13902
Philadelphia, PA 19101
(800) 778-2255
www.prudential.com

August 16, 2006

The Franklin Law Firm
Attn: Daniel M. Franklin
123 East Third Street
Pana IL 62557

Insured:  Joseph E. Demascal
Policy #: 36 919 084
          46 019 383
          76 407 235

Dear Mr. Franklin:

We are writing in response to your letter on behalf of Mary B. Demascal raising concerns about the beneficiary on these policies.

Our records indicate Mary B. Demascal was the original beneficiary on all three policies. The Insured executed a beneficiary change for these policies on June 7, 2006, removing Mary as beneficiary and naming Joseph M. Demascal. A copy is enclosed along with a copy of our response.

Since policy numbers 36 919 084 and 76 407 235 were added to the pre-printed Request to Change Beneficiary, but those additions were not initialed, the beneficiary was only changed on policy 46 019 383 and Mary remains the beneficiary on 36 919 084 and 76 407 235. However, Joseph M. Demascal has made claim based on the June 7, 2006 Beneficiary Change Request. His claim under policy 46 019 383 was processed July 19, 2006, before Claim was aware of your letter.

If Mary B. Demascal intends to claim, there are potential adverse claims to the proceeds of these policies and Prudential may not be able to make a determination as to the proper payee.

Normally, an Interpleader action is necessary in order for the Company to protect its interests in an adverse claimant situation, unless we are notified by the adverse claimants that they have reached an amicable resolution on their own. In this case, Prudential will refrain from taking any action in this matter in order to allow the parties involved to negotiate an amicable resolution. We urge you to confer with the interested parties in this matter to explore the possibility of an agreement between the parties involved. However, if resolution of the matter cannot be achieved, we will have no choice but to file an Interpleader action and seek our fees and costs from these proceeds.

Life insurance issued by:  The Prudential Insurance Company of America, located at 751 Broad Street, Newark, NJ 071023777, a Prudential Financial, Inc. company solely responsible for its own financial condition and contractual obligations.

Prudential Financial is a service mark of The Prudential Insurance Company of America, Newark, NJ and its affiliates

If you have any questions, please feel free to contact us at (800) 496-1035 weekdays between 8:00 a.m. and midnight Eastern time.  You can also reach us Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time. One of our Customer Service Representatives will be happy to help.

Sincerely,

*Carol Hartman*

Carol Hartman
Senior Claim Examiner

cc: Mary B. Demascal
     Joseph M. Demascal

enclosures



E-FILED
Monday, 12 February, 2007 03:53:02 PM
Clerk, U.S. District Court, ILCD

Customer Service Office
PO Box 13902
Philadelphia, PA 19176
(800) 778-2255
www.prudential.com

December 19, 2006

The Franklin Law Firm
Attn: Daniel M. Franklin
123 East Third Street
Pana IL 62557

Insured: Joseph E. Demascal
Policy #: 36 919 084
       46 019 383
       76 407 235

Dear Mr. Franklin:

We are writing in regard to the claim for life insurance proceeds by Mary B. Demascal under these policies.

As we discussed in our telephone conversation on December 6, 2006, there has been no agreement regarding the distribution of the proceeds of this policy. We have confirmed with Joseph M. Demascal that there has been no agreement among the parties and it does not appear that one will be forthcoming. Therefore, we will be forwarding this case to our legal department to begin Interpleader action as outlined in our previous letter of August 16, 2006.

If you have any questions, please call our Customer Service Office at (800) 496-1035 weekdays between 8:00 a.m. and midnight Eastern Time. You can also reach us Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time. One of our Customer Service Representatives will be happy to help.

Sincerely,

*Donna Shearer*

Donna Shearer
Associate Manager
Life Claim Division

*Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY), or Pruco Life Insurance Company of New Jersey (in NY and NJ).*

E-FILED
Monday, 12 February, 2007  03:53:12 PM
Clerk, U.S. District Court, ILCD



**Prudential Financial**

Customer Service Office
PO Box 13902
Philadelphia, PA 19176
(800) 778-2255
www.prudential.com

December 19, 2006

Joseph M. Demascal
1905 Lee
Bossier City, LA 71112

Insured:  Joseph E. Demascal
Policy #: 36 919 084
                46 019 383
                76 407 235

Dear Mr. Demascal:

We are writing in regard to your claim for life insurance proceeds under these policies.

As we discussed in our telephone conversation on December 6, 2006,  there has been no agreement regarding the distribution of the proceeds of this policy.  We have confirmed with the Attorney for Mary B. Demascal that there has been no agreement among the parties and it does not appear that one will be forthcoming.  Therefore, we will be forwarding this case to our legal department to begin Interpleader action as outlined in our previous letter of August 16, 2006.

If you have any questions, please call our Customer Service Office at (800) 496-1035 weekdays between 8:00 a.m. and midnight Eastern Time.  You can also reach us Saturdays between 8:00 a.m. and 3:00 p.m. Eastern time.  One of our Customer Service Representatives will be happy to help.

Sincerely,

*Donna Shearer*

Donna Shearer
Associate Manager
Life Claim Division

*Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY), or Pruco Life Insurance Company of New Jersey (in NY and NJ).*

**E-FILED**

JS 44 (Rev. 11/04)

## CIVIL COVER SHEET
Monday, 12 February, 2007 03:53:30 PM
CLERK, U.S. DISTRICT COURT, ILCD

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
The Prudential Insurance Company of America

### DEFENDANTS
Mary B. Demascal and Joseph M. Demascal

**(b)** County of Residence of First Listed Plaintiff   Essex Co., NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Daniel J. McMahon and Jason M. Kuzniar, 120 N. LaSalle St., Suite 2600, Chicago, IL 60602 / Tel: 312-704-0550

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332

Brief description of cause:
Complaint for Interpleader Relief pursuant to Fed.R.Civ.P. 22 to deposit proceeds of life insurance policies

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE  2/8/07

SIGNATURE OF ATTORNEY OF RECORD    JASON M. KUZNIAR

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE