AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

The Prudential Insurance Company of America, Plaintiff

v.

Mary B. Demascal and Joseph M. Demascal, Defendants

**APPEARANCE**

Case Number: 07-3047

**FILED**

FEB 0 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

_____2/8/07_____
Date

_____[signature]_____
Signature

Daniel J. McMahon                                      6201590
Print Name                                             Bar Number

120 N. LaSalle St., Suite 2600
Address

Chicago,                    IL                         60602
City                        State                      Zip Code

(312) 704-0550                      (312) 704-1522
Phone Number                        Fax Number