

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

The Prudential Insurance Company of America, Plaintiff

v.

Mary B. Demascal and Joseph M. Demascal, Defendants

**APPEARANCE**

Case Number: 07-3047

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

2/8/07
Date

_[Signature]_
Signature

Jason M. Kuzniar            6270123
Print Name                  Bar Number

120 N. LaSalle St., Suite 2600
Address

Chicago,        IL           60602
City            State        Zip Code

(312) 704-0550      (312) 704-1522
Phone Number         Fax Number

FILED E-FILED
Monday, 12 February, 2007 04:02:09 PM
Clerk, U.S. District Court, ILCD

FEB 09 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS