**E-FILED**
Thursday, 22 February, 2007  01:01:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-03047-RM-CHE |
| | ) | |
| MARY B. DEMASCAL and JOSEPH M. | ) | |
| DEMASCAL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that on February 22, 2007, the Waiver of Service of Summons executed by Defendant Joseph M. Demascal was electronically filed with the Clerk of the Court using the CM/ECF system, and I further certify that a true and correct copy of the same was served upon the following by U.S. Mail:

Mary B. Demascal
c/o Daniel M. Franklin, Esq.
THE FRANKLIN LAW OFFICE
123 East Third Street
Pana, IL 62557

Joseph M. Demascal
1905 Lee St.
Bossier City, LA 71112


**THE PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA, Plaintiff / Stakeholder**

By:  _/s/ Jason M. Kuzniar_ _____
        Jason M. Kuzniar


Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

382049.1