IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

THE PRUDENTIAL INSURANCE COMPANY )
OF AMERICA, )
                      Plaintiff, )
   vs. )   Case No. 07-3047
 )
MARY B. DEMASCAL and JOSEPH M. )
DEMASCAL, )
                    Defendants. )

### RESPONSE TO COMPLAINT FOR INTERPLEADER RELIEF

    Defendant, MARY B. DEMASCAL, by and through her attorney, Daniel M. Franklin, for her response to the Complaint for Interpleader Relief filed herein pursuant to Rule 22 of the Federal Rules of Civil Procedure, states as follows:

### PARTIES

1. Admits the allegations of paragraph 1 as stated by the Plaintiff/Stakeholder The Prudential Company of America ( hereinafter referred to as "Prudential") therein.

2. Admits the allegations of paragraph 2 as stated by the Plaintiff, Prudential, therein.

3. Admits the allegations of paragraph 3 as stated by the Plaintiff, Prudential, therein.

4. Admits the allegations of paragraph 4 as stated by the Plaintiff, Prudential, therein.

### JURISDICTION AND VENUE

5. Admits the allegations of paragraph 5 as stated by the Plaintiff, Prudential, therein and further alleges that this case is governed by the law of the forum, Illinois; and that the Illinois Dissolution of Marriage statute 750 ILCS 5/501(et. seq.) is governing.

6. Admits the allegations of paragraph 6 as stated by the Plaintiff, Prudential, therein.

### FACTUAL BACKGROUND

7. Admits the allegations of paragraph 7 that Joseph E. Demascal, deceased, was the father of Joseph M. Demascal and the husband of Mary B. Demascal and further alleges, at all times pertinent hereto, there was pending in the Fourth Judicial Circuit

Court of Christian County, Illinois, a dissolution of marriage action entitled "Demascal vs. Demascal, Christian County Case No. 06-D-76".

8. Admits the allegations of paragraph 8 as stated by the Plaintiff, Prudential, therein.

9. Admits the allegations of paragraph 9 and further alleges that said above-mentioned dissolution of marriage was pending and originally filed on April 28, 2006.

10. Admits the allegations of paragraph 10 and further alleges that any change of beneficiary would have been a dissipation of marital assets which is prohibited by Illinois Dissolution of Marriage statute 750 ILCS 5/501(et. seq.).

11. Admits the allegations of paragraph 11 as stated by the Plaintiff, Prudential, therein.

12. Admits the allegations of paragraph 12 as stated by the Plaintiff, Prudential, therein.

13. Admits the allegations of paragraph 13 as stated by the Plaintiff, Prudential, therein.

14. Admits the allegations of paragraph 14 as stated by the Plaintiff, Prudential, therein.

15. Admits the allegations of paragraph 15 as stated by the Plaintiff, Prudential, therein.

16. Admits the allegations of paragraph 16 as stated by the Plaintiff, Prudential, therein.

17. Admits the allegations of paragraph 17 as stated by the Plaintiff, Prudential, therein.

18. Admits the allegations of paragraph 18 as stated by the Plaintiff, Prudential, therein.

19. Admits the allegations of paragraph 19 and further alleges that said funds, namely $3,834.83 paid to Joseph M. Demascal represents a dissipation of marital assets by Joseph E. Demascal pursuant to 750 Illinois Compiled Statutes 5/501 (et. seq.).

20. Admits the allegations of paragraph 20 as stated by the Plaintiff, Prudential, therein.

21. Admits the allegations of paragraph 21 as stated by the Plaintiff, Prudential, therein.

22. Admits the allegations of paragraph 22 as stated by the Plaintiff, Prudential, therein.

23. Admits the allegations of paragraph 23 as stated by the Plaintiff, Prudential, therein.

24. Admits the allegations of paragraph 24 as stated by the Plaintiff, Prudential, therein.

25. Admits the allegations of paragraph 25 and further alleges that said proceeds should be paid to the Defendant, MARY B. DEMASCAL, as her share of the marital estate.

26. Admits the allegations of paragraph 26 as stated by the Plaintiff, Prudential, therein.

## BASIS FOR INTERPLEADER RELIEF

27. Admits the allegations of paragraph 27 as stated by the Plaintiff, Prudential, therein.

28. Admits the allegations of paragraph 28 as stated by the Plaintiff, Prudential, therein.

29. Admits the allegations of paragraph 29 and further alleges that the applicable law hereunder is governed by the State of Illinois Marriage and Dissolution Act.

30. Denies that Prudential should be released from this case.

31. Admits the allegations of paragraph 31 as stated by the Plaintiff, Prudential, therein.

32. Admits the allegations of paragraph 32 as stated by the Plaintiff, Prudential, therein.

## BASIS FOR SPECIFIC RELIEF
## FOR THE DEFENDANT, MARY B. DEMASCAL

33. Since Joseph E. Demascal and Mary B. Demascal were engaged in a dissolution of marriage action in the State Court, the life insurance proceeds in question were the property of the marital estate pursuant to the Illinois Dissolution of Marriage Act.

34. The life insurance in question was purchased during the marriage.

35. Since Mary Demascal was the named beneficiary during the marriage and the proceeds of the life insurance policies were marital property, Mary B. Demascal should be the owner of the life insurance proceeds.

## RELIEF REQUESTED

WHEREFORE, the Defendant, Mary B. Demascal, asks for the following relief:

A. For any proceeds from said life insurance policies to be paid from Prudential to the Defendant, Mary B. Demascal.

B. That Joseph M. Demascal be ordered to pay Mary B. Demascal $3,834.83 which was previously dissipated.

C. For other and further relief as the Court deems just.

                MARY B. DEMASCAL - Defendant


           BY:   s/Daniel M. Franklin
                Daniel M. Franklin of The Franklin Law Firm


### VERIFICATION BY CERTIFICATION

      Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

                s/Mary B. Demascal
                Mary B. Demascal


The Franklin Law Firm
Attorney for Defendant, Mary B. Demascal
123 East Third Street
Pana, Illinois   62557
Phone: 217/562-5077
Fax: 217/562-5129

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, )<br>　　　　　　　　　　　　Plaintiff, )<br>vs. )<br>　　　　　　　　　　　　　　　　　　　　)<br>MARY B. DEMASCAL and JOSEPH M. DEMASCAL, )<br>　　　　　　　　　　　　Defendants. ) | Case No. 07-3047 |

## CERTIFICATE OF SERVICE

　　　The undersigned, an attorney, hereby certify that on April 13, 2007, the Response to Complaint for Interpleader Relief executed by the Defendant, Mary B. Demascal, was electronically filed with the Clerk of the Court using the CM/ECF system, and I further certify that a true and correct copy of the same was served upon the following by enclosing the same in an addressed, postage paid envelope, and depositing same in the U.S. Mail in Pana, Illinois, on the 13th day of April, 2007.

| | |
|---|---|
| Mr. Jason M. Kuzniar, Esq.<br>Wilson, Elser, Moskowitz, Edelman<br>　& Dicker LLP<br>120 North LaSalle Street, Suite 2600<br>Chicago, IL  60602 | Mr. Joseph M. Demascal<br>1905 Lee Street<br>Bossier City, LA 71112 |

　　　　　　　　　　　　　　　　　　　　　　　　MARY B. DEMASCAL - Defendant


　　　　　　　　　　　　　　　　　　　　BY: s/Daniel M. Franklin
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Franklin of The Franklin Law Firm


The Franklin Law Firm
Attorney for Defendant, Mary B. Demascal
123 East Third Street
Pana, Illinois  62557
Phone: 217/562-5077
Fax: 217/562-5129