IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) MARY B. DEMASCAL and JOSEPH M. ) DEMASCAL, ) ) Defendants. ) | No. 3:07-cv-03047-RM-CHE |

## APPEARANCE

NOW COMES Steve W. Kinion and the law firm of Zack Stamp, Ltd., and hereby enter their appearance on behalf of Defendant JOSEPH M. DEMASCAL.

Date: April 16, 2007.

Respectfully submitted,

JOSEPH M. DEMASCAL

By: _____
One of his Attorneys

Steve W. Kinion, #6270071
Zack Stamp, Ltd.
601 W. Monroe Street
Springfield, IL  62704
Telephone: 217-525-0700, ext. 108
Fax: 217-525-0780
Email: skinion@601w.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jason M. Kuzniar (Jason.Kuzniar@wilsonelser.com)
    Daniel J. McMahon (daniel.mcmahon@wilsonelser.com)

and that on April 16, 2007 a copy of the foregoing **Appearance** was mailed to the following:

    Mary B. Demascal
    c/o Daniel M. Franklin, Esq.
    The Franklin Law Office
    123 East Third Street
    Pana, IL   62557

 

Steve W. Kinion, No. 6270071
Attorney for Defendant Joseph M. Demascal
ZACK STAMP, LTD.
601 W. Monroe Street
Springfield, IL   62704
Tel:       217-525-0700 x 108
Fax:      217-525-0780
Email:    skinion@601w.com