E-FILED
Monday, 16 April, 2007   03:55:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY B. DEMASCAL and JOSEPH M. DEMASCAL,<br><br>Defendants. | No. 3:07-cv-03047-RM-CHE |

## ANSWER OF DEFENDANT JOSEPH M. DEMASCAL

DEFENDANT JOSEPH M. DEMASCAL, through his attorneys, Steve W. Kinion and Zack Stamp, Ltd., hereby answers Plaintiff's Complaint for Interpleader Relief as follows:

1. Defendant Joseph M. Demascal admits the allegations in Paragraph 1.

2. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 2, and therefore neither admits nor denies same.

3. Defendant Joseph M. Demascal admits the allegations in Paragraph 3.

4. Defendant Joseph M. Demascal admits the allegations in Paragraph 4.

5. Defendant Joseph M. Demascal admits the allegations in Paragraph 5.

6. Defendant Joseph M. Demascal admits the allegations in Paragraph 6.

7. Defendant Joseph M. Demascal admits the allegations in Paragraph 7.

8. Defendant Joseph M. Demascal admits the allegations in Paragraph 8.

9. Defendant Joseph M. Demascal denies the allegations in Paragraph 9.

10. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 10 and therefore neither admits nor denies same. Exhibit 1, the Change of Beneficiary Form, speaks for itself.

11. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 11 and therefore neither admits nor denies same. Exhibit 2 speaks for itself.

12. Defendant Joseph M. Demascal denies the allegations in Paragraph 12 in regard to the form being partially completed.

13. Defendant Joseph M. Demascal admits the allegations in Paragraph 13.

14. Defendant Joseph M. Demascal admits the allegations in Paragraph 14.

15. Defendant Joseph M. Demascal admits the allegations in Paragraph 15.

16. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 16 and therefore neither admits nor denies same. Exhibit 3 speaks for itself.

17. Defendant Joseph M. Demascal admits the allegations in Paragraph 17.

18. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 18 and therefore neither admits nor denies same. Exhibit 6 speaks for itself.

19. Defendant Joseph M. Demascal admits the allegations in Paragraph 19.

20. Defendant Joseph M. Demascal admits the allegations in Paragraph 20.

21. Defendant Joseph M. Demascal admits the allegations in Paragraph 21.

22. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 22 and therefore neither admits nor denies same. Exhibit 9 speaks for itself.

23. Defendant Joseph M. Demascal admits the allegations in Paragraph 23.

24. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 24 and therefore neither admits nor denies same. Attorney Franklin's letter speaks for itself.

25. Defendant Joseph M. Demascal admits the allegations in Paragraph 25.

26. Defendant Joseph M. Demascal admits the allegations in Paragraph 26.

27. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 27 and therefore neither admits nor denies same.

28. Defendant Joseph M. Demascal admits there exists potential rival, adverse and conflicting claims; otherwise Defendant has insufficient knowledge of the allegations contained in Paragraph 28 and therefore neither admits nor denies same.

29. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 29 and therefore neither admits nor denies same.

30. Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 30 and therefore neither admits nor denies same.

31.     Defendant Joseph M. Demascal admits that Prudential has filed for Interpleader relief; otherwise, Defendant Joseph M. Demascal has insufficient knowledge of the allegations contained in Paragraph 31 and therefore neither admits nor denies same.

32.     Defendant Joseph M. Demascal admits the allegations contained in Paragraph 32.

Date: April 16, 2007.

Respectfully submitted,

JOSEPH M. DEMASCAL

By: _____
One of his Attorneys

Steve W. Kinion, #6270071
Zack Stamp, Ltd.
601 W. Monroe Street
Springfield, IL   62704
Telephone: 217-525-0700, ext. 108
Fax: 217-525-0780
Email: skinion@601w.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing **Answer** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jason M. Kuzniar (Jason.Kuzniar@wilsonelser.com)
    Daniel J. McMahon (daniel.mcmahon@wilsonelser.com)

and that on April 16, 2007 a copy of the foregoing **Answer** was mailed to the following:

    Mary B. Demascal
    c/o Daniel M. Franklin, Esq.
    The Franklin Law Office
    123 East Third Street
    Pana, IL   62557

    Steve W. Kinion, No. 6270071
    Attorney for Defendant Joseph M. Demascal
    ZACK STAMP, LTD.
    601 W. Monroe Street
    Springfield, IL   62704
    Tel:    217-525-0700 x 108
    Fax:    217-525-0780
    Email:    skinion@601w.com