E-FILED
Friday, 04 May, 2007 02:09:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>MARY B. DEMASCAL and JOSEPH M. DEMASCAL,<br>　　　　　　　　　　　Defendants. | Case No. 07-3047 |

### MOTION TO WITHDRAW RESPONSE TO COMPLAINT FOR INTERPLEADER RELIEF

Now comes the Defendant, MARY B. DEMASCAL, by and through her attorney, Daniel M. Franklin, and hereby moves this Court to dismiss her Response to Complaint for Interpleader Relief previously filed herein and states that her health prevents her from proceeding in regard to this matter.

WHEREFORE, the Defendant, MARY B. DEMASCAL, moves this Court for the following relief:

A. To allow her to withdraw her Response to the Complaint for Interpleader Relief.

B. To dismiss her as a party from this case.

　　　　　　　　　　　　　　　　　　　MARY B. DEMASCAL - Defendant

　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　Daniel M. Franklin of The Franklin Law Firm

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

*Mary B. Demascal*
Mary B. Demascal

The Franklin Law Firm
Attorney for Defendant, Mary B. Demascal
123 East Third Street
Pana, Illinois  62557
Phone: 217/562-5077
Fax: 217/562-5129