E-FILED
Friday, 04 May, 2007  02:14:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, </br>                    Plaintiff, </br> vs. </br> MARY B. DEMASCAL and JOSEPH M. DEMASCAL, </br>                    Defendants. | Case No. 07-3047 |

### CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 4, 2007, the Motion to Withdraw Response to Complaint for Interpleader Relief executed by the Defendant, Mary B. Demascal, was electronically filed with the Clerk of the Court using the CM/ECF system, and I further certify that a true and correct copy of the same was served upon the following by enclosing the same in an addressed, postage paid envelope, and depositing same in the U.S. Mail in Pana, Illinois, on the 4th day of May, 2007.

Mr. Jason M. Kuzniar, Esq.  
Wilson, Elser, Moskowitz, Edelman & Dicker LLP  
120 North LaSalle Street, Suite 2600  
Chicago, IL   60602

Mr. Steve W. Kinion, Esq.  
Zack Stamp, Ltd.  
601 W. Monroe Street  
Springfield, IL 62704

MARY B. DEMASCAL - Defendant

BY: _____
Daniel M. Franklin of The Franklin Law Firm

The Franklin Law Firm  
Attorney for Defendant, Mary B. Demascal  
123 East Third Street  
Pana, Illinois   62557  
Phone: 217/562-5077  
Fax: 217/562-5129