E-FILED
Tuesday, 22 May, 2007  03:26:09 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 07-3047 |
| MARY B. DEMASCAL and JOSEPH M. DEMASCAL, | ) ) ) | |
| Defendants. | ) | |

## **AGREED ORDER**

RICHARD MILLS, U.S. District Judge:

The Court now considers the parties' Joint Motion For Entry of

Dismissal under Federal Rule of Civil Procedure 41(a)(1).  The Court has

reviewed the motion and it incorporates and adopts it contents.

The Court finds the terms of the motion are reasonable.  Thus,

Prudential is ordered to pay the entire Proceeds with interest accrued to

Joseph M. Demascal.  Upon payment of the Proceeds with interest

1

accrued to Joseph M. Demascal, Prudential and each of its agents,
servants, employees, subsidiaries, parents, affiliates, directors,
officers, administrators, predecessors, representatives, attorneys,
fiduciaries, and assigns, and each and every one of them, are forever
discharged and held harmless from any claims by any putative
beneficiaries or others under the Policies or to the Proceeds.  Claimants
are perpetually restrained and enjoined from instituting or prosecuting
any proceedings against Prudential, and each of its agents, servants,
employees, subsidiaries, parents, affiliates, directors, officers,
administrators, predecessors, representatives, attorneys, fiduciaries, and
assigns, and each and every one of them in any way relating to the
Policies or the Proceeds, said injunction to issue without bond or a
surety.  All liens against the Proceeds asserted against Prudential by or on
behalf of the claimants or any other party in this case, including any and
all attorneys' liens, costs, fees, and charges are hereby resolved and of no
force or effect.  All matters having been concluded, this action is
dismissed in its entirety with prejudice with each side to bear their own

costs and attorneys' fees.

**ERGO**, the Joint Motion For Entry of Dismissal (d/e 13) is

ALLOWED.  All pending motions are DENIED AS MOOT.  This case is

CLOSED.

IT IS SO ORDERED.

ENTER:  May 22, 2007

FOR THE COURT:

s/ Richard Mills
United States District Judge

3